UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HOMELAND PROTECTION, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DSA DETECTION LLC, DAVID RUTTER, ALAN RETTER, STEPHEN MILT, LOURDES SWEENEY, and ANGELA SHELBY<br><br>　　　　　　Defendants. | C.A. No. 06-11962-RGS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants DSA Detection LLC, David Rutter, Alan Retter, Stephen Milt, Lourdes Sweeney, and Angela Shelby ("Defendants") respectfully move this Court for an extension of time to respond to GE Homeland Protection, Inc.'s Motion For Preliminary Injunction (Docket No. 22) until a date to be determined by the Court at the scheduling conference, to be held on March 26, 2007 at 3:45 p.m.

Under this Court's Local Rules, Defendants' Opposition would otherwise be due on Thursday, March 22, 2007. As reflected in the parties' Joint Statement Pursuant to Local Rule 16.1(D) (Docket No. 29), Plaintiff GE Homeland Protection, Inc. ("GE") has assented to an extension of time through April 5, 2007. (*See id.* at 3.) The defendants submit that an extension should be granted through April 12, 2007, or two weeks after the last GE affiant is deposed, whichever is later. (*See id.* at 4-5.) The parties agree that this matter is appropriate for decision at the scheduling conference on March 26, 2007.

WHEREFORE, for the reasons set fort herein, the defendants respectfully request that the Court extend the deadline to file a response to GE's Motion for Preliminary Injunction (Docket No. 22) to a date to be determined at the Court's scheduling conference.

Dated:  March 21, 2007                                /s/ Thomas A. Brown
                                                      Frank E. Scherkenbach (BBO# 653819)
                                                      Craig R. Smith (BBO# 636,723)
                                                      Thomas A. Brown (BBO# 657,715)
                                                      Fish & Richardson P.C.
                                                      225 Franklin Street
                                                      Boston, MA 02110
                                                      (617) 542-5070
                                                      Attorneys for Defendants
                                                      DSA Detection LLC, David Rutter, Alan Retter, Stephen Milt, Lourdes Sweeney, and Angela Shelby

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 21, 2007.

/s/ Thomas A. Brown
Thomas A. Brown

## CERTIFICATE OF CONFERENCE

I hereby certify that, on March 20, 2007, I conferred with counsel for the plaintiff in a good-faith effort to narrow the issues in dispute. Counsel for the plaintiff indicated that the plaintiff assents to the relief requested in this motion.

/s/ Thomas A. Brown
Thomas A. Brown